# United States Court of Appeals
## For the First Circuit

No. 05-1100

STEPHEN WAWERU,

Petitioner,

v.

ALBERTO GONZALES, ATTORNEY GENERAL,

Respondent.

ON PETITION FOR REVIEW OF AN ORDER
OF THE BOARD OF IMMIGRATION APPEALS

ERRATA

The opinion of this court dated February 13, 2006, is amended as follows:

On page 11, second full paragraph, line 5, replace "909 F.2d 3" with "909 F.2d at 3."